FILED
2013 SEP 26 PM 4:17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 13-0706 |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 371: Conspiracy; 18 U.S.C. § 641: Conversion of Government Property; 18 U.S.C. § 912: False Impersonation; 18 U.S.C. § 2(a): Aiding and Abetting] |
| SCOTT J. ALGUIRE and PHILLIP LAURENCE COOPER, | |
| Defendants. | |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Indictment:

1. The United States Forest Service ("Forest Service") was an agency of the United States Department of Agriculture established by Congress in 1905 to provide quality water and timber for the nation's benefit. The Forest Service was

LSM:lsm

responsible for managing national forest resources in a way that benefitted the American people while at the same time ensuring the productivity of the land and protecting the quality of the environment.

2. The Los Padres National Forest ("the forest") was a 1,950,000 acre national forest located in southern and central California and included most of the mountainous land along the California coast from Ventura to Monterey. Roughly 88 percent of the forest was public lands, while the remainder consisted of privately owned holdings. The forest was divided into five administrative units called "Ranger Districts," with offices in King City, Santa Maria, Santa Barbara, Ojai, and Frazier Park.

3. A forest ranger was a Forest Service employee entrusted with protecting and preserving national forests.

4. A Law Enforcement Officer ("LEO") was a Forest Service employee and sworn federal law enforcement officer. An LEO was authorized to enforce federal and state criminal laws and forest regulations, carry firearms, make arrests, and execute search warrants.

5. Defendant SCOTT J. ALGUIRE ("ALGUIRE") was employed by the Forest Service as the Los Padres National Forest Fleet Manager, with an office in the Santa Lucia Ranger District. As fleet manager, defendant ALGUIRE was responsible for maintaining and assigning Forest Service vehicles, including law enforcement vehicles.

6. Defendant PHILLIP LAURENCE COOPER ("COOPER") was an

associate of defendant ALGUIRE.  Defendant COOPER held no active law enforcement position of any kind, and he had no law enforcement authority.

    7.    These Introductory Allegations are hereby incorporated by reference into each count of this Indictment as though set forth fully therein.

COUNT ONE

[18 U.S.C. § 371]

A. <u>OBJECTS OF THE CONSPIRACY</u>

In or about September 2011, in Santa Barbara and San Luis Obispo Counties and elsewhere, within the Central District of California, defendants ALGUIRE and COOPER, and others known and unknown to the Grand Jury, knowingly conspired and agreed with each other to (1) knowingly embezzle, steal, purloin, and convert to the use of defendant COOPER property belonging to the Forest Service, an agency of the United States, in violation of Title 18, United States Code, Section 641; and (2) falsely assume and pretend to be an officer and employee acting under the authority of an agency of the United States, that is, the Forest Service, in violation of 18 U.S.C. § 912.

B. <u>MEANS BY WHICH THE OBJECTS OF THE CONSPIRACY WERE TO BE ACCOMPLISHED</u>

The objects of the conspiracy were to be accomplished in substance as follows:

1. The manager of a ranch with property bordering the Los Padres National Forest (the "Ranch") would complain to defendant COOPER about hunters trespassing and poaching on the Ranch.

2. Defendant ALGUIRE, as fleet manager for the forest, would have access to, and control over vehicles belonging to the Forest Service, including marked law enforcement vehicles.

3. Defendant ALGUIRE would provide a marked law

4

enforcement vehicle belonging to the Forest Service to defendant COOPER for defendant COOPER to use to deter hunters from trespassing and poaching on the Ranch.

   4. Defendant COOPER would use the marked law enforcement vehicle belonging to the Forest Service to patrol areas near the borders of the Ranch and the Forest. In patrolling these areas, defendant COOPER would carry firearms, both on his person and visible in the law enforcement vehicle.

   5. Using the law enforcement vehicle belonging to the Forest Service, defendant COOPER would stop and question visitors found near the Ranch, including individuals driving on public access roads to forest service lands. Defendant COOPER would ask the individuals for personal identifying information, including driver's license numbers, dates of birth, and home addresses.

   6. When not using the law enforcement vehicle belonging to the Forest Service, defendant COOPER would park and leave it on the Ranch's property.

C.   OVERT ACTS

   In furtherance of the conspiracy and to accomplish the objects of the conspiracy, defendants ALGUIRE and COOPER, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, including but not limited to the following:

   1. In or about September 2011, defendant ALGUIRE delivered a marked law enforcement vehicle belonging to the Forest Service to defendant COOPER for defendant COOPER's use in patrolling private property.

   2. On or about September 18, 2011, while driving the

marked law enforcement vehicle belonging to the Forest Service, defendant COOPER stopped J.P. and asked J.P. for his name and driver's license number.

3.  On or about September 25, 2011, defendant COOPER, while driving the marked law enforcement vehicle belonging to the Forest Service, stopped W.B. and asked W.B. for his name and home address.

4.  On or about September 25, 2011, defendant COOPER, while driving the marked law enforcement vehicle belonging to the Forest Service, stopped W.B. and recorded his motorcycle license plate number.

5.  On or about September 25, 2011, while driving the marked law enforcement vehicle belonging to the Forest Service, defendant COOPER stopped R.M. and asked to see R.M.'s driver's license.

6.  On or about September 25, 2011, while driving the marked law enforcement vehicle belonging to the Forest Service, defendant COOPER identified himself to R.M. as "law enforcement."

7.  On or about September 25, 2011, while driving the marked law enforcement vehicle belonging to the Forest Service, defendant COOPER stopped D.C. and asked to see D.C.'s identification.

COUNT TWO

[18 U.S.C. § 641]

In or about September 2011, in Santa Barbara and San Luis Obispo Counties, within the Central District of California, defendant ALGUIRE knowingly embezzled, stole, purloined, and converted to the use of another property, that is, a law enforcement vehicle belonging to the Forest Service, an agency of the United States. More specifically, defendant ALGUIRE provided a marked law enforcement vehicle having a value exceeding $1000, namely, approximately $7000, to Phillip Laurence Cooper ("Cooper") for Cooper's use in patrolling private property.

## COUNT THREE

[18 U.S.C. §§ 912, 2(a)]

In or about September 2011, in Santa Barbara and San Luis Obispo Counties, within the Central District of California, defendant COOPER, aided and abetted by defendant ALGUIRE, falsely assumed and pretended to be an officer and employee acting under the authority of an agency of the United States, that is, the Forest Service, and did act as such.

A TRUE BILL

/S/
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

*Dorothy C. Kim*
Dep-Chief, Crim. Div. FON.

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Public Corruption and Civil Rights Section