# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

Case No.     CR 13-00706(A)-RGK                                                Date     May 6, 2014

Present: The Honorable    R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

Interpreter   None

| Sharon L. Williams<br>Jesus Duneghy | Sandra MacNeil | Lawrence Middleton<br>Douglas Miller |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| SCOTT J. ALGUIRE | X | | X | Billy Redell | X | | X |
| PHILLIP LAURENCE COOPER | X | | X | Stanley I. Greenberg<br>Evan Greenberg | X | | X |

\_\_\_\_  Day COURT TRIAL                    1st  Day JURY TRIAL

X    The Jury is impaneled and sworn.

X    Opening statements made by         Government and defendant Cooper

X    Witnesses called, sworn and testified.

X    Exhibits identified          X    Exhibits admitted

\_\_\_\_  Government rests.     \_\_\_\_ Defendant(s) _____ rest.

\_\_\_\_  Motion for mistrial by _____  is \_\_\_ granted  \_\_\_ denied  \_\_\_ submitted

\_\_\_\_  Motion for judgment of acquittal (FRCrP 29)  is \_\_\_ granted  \_\_\_ denied  \_\_\_ submitted

\_\_\_\_  Closing arguments made    \_\_\_ Court instructs jury    \_\_\_ Bailiff sworn

\_\_\_\_  Alternates excused        \_\_\_ Jury retires to deliberate    \_\_\_ Jury resumes deliberations

\_\_\_\_  Finding by Court as follows:        \_\_\_ Jury Verdict as follows:

Dft # \_\_\_\_  \_\_\_\_ Guilty on count(s)         \_\_\_ Not Guilty on count(s)

\_\_\_\_  Jury polled         \_\_\_ Polling waived

\_\_\_\_  Filed Witness & Exhibit lists    \_\_\_ Filed Jury notes    \_\_\_ Filed Jury Instructions    \_\_\_ Filed Jury Verdict

\_\_\_\_  Dft # \_\_\_ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

\_\_\_\_  Dft # \_\_\_ remanded to custody.    \_\_\_ Remand/Release# \_\_\_ issd.    \_\_\_ Dft # \_\_\_ released from custody.

\_\_\_\_  Bond exonerated as to Dft # \_\_\_\_

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

__X__  Case continued to   May 7, 2014 at 8:30 am   for further trial/further jury deliberation.

Other: _____

 

 

                                                                                                 4  :  15

Initials of Deputy Clerk   slw